UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LUIS A. ALMONTE,                                    07 Civ. 3794 (RMB) ( )

                    Plaintiffs,

-against-                                           **RULE 7.1 DISCLOSURE OF**
                                                                                          **INTERESTED PARTIES**

FEDERAL EXPRESS CORPORATION, AUTOMOTIVE
RENTALS, INC. and "JOHN DOE" (the name being
fictitious and intended to designate the driver),

                    Defendants.
-----------------------------------------------------------------X

    I, Anthony W. Eckert III, an attorney for defendant AUTOMOTIVE RENTALS, INC., having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

    None.

Dated: New York, New York
       May 14, 2007

                                                  ANTHONY W. ECKERT III, ESQ.

                                                  By: _____
                                                      Anthony W. Eckert III (AWE-7949)
                                                Attorney for Defendants
                                                Federal Express Corporation and
                                                Automotive Rentals, Inc.
                                                555 Fifth Avenue, 15th Floor
                                                New York, New York 10017
                                                (212) 922-0450

TO:   KOVAL, REJTIG & DEAN, PLLC
       Attorneys for Plaintiff
       LUIS A. ALMONTE
       114 Old Country Road
       Suite 114
       Mineola, New York 11501
       (516) 739-1600

# AFFIDAVIT OF SERVICE VIA MAIL

STATE OF NEW YORK     )
                      ) ss:
COUNTY OF NEW YORK    )

Yvette Morales, being duly sworn deposes and says that deponent is not a party to the action, is over the age of 18 and resides in Kings County.

On the **15th** day of **May, 2007**, deponent served the within **RULE 7.1 DISCLOSURE OF INTERESTED PARTIES** upon:

> KOVAL, REJTIG & DEAN, PLLC
> 114 Old Country Road
> Suite 114
> Mineola, New York 11501

the address(es) designated by said attorney(s) by depositing same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
Yvette Morales

Sworn to before me this
15th day of May, 2007.

_____
Notary Public

ANTHONY W. ECKERT III
Notary Public, State of New York
No. 02EC4989528
Qualified in New York County
Commission Expires Dec. 9, 2009