UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

Almonte

-v.-

Automotive Rentals, Inc.

------------------------------------------------X

07 Civ. 3794 (RWS)

Please be advised that the conference scheduled for __12/5/07__ has been rescheduled to __1/30/08__ at __4:30pm__ in Courtroom 18C

Please notify opposing counsel of the change.


SO ORDERED.

Dated: New York, New York
       12/7/07

_____
ROBERT W. SWEET
United States District Judge