**ANTHONY W. ECKERT III, ESQ.**
555 FIFTH AVENUE
15TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE (212) 922-0450
FACSIMILE (212) 922-0530
aeckert@awelaw.com

RECEIVED MAY 20 2008

May 20, 2008

**By Facsimile**

Honorable Robert Sweet
United States District Judge
United States District Court - Southern District
500 Pearl Street
New York, New York 10007

*So ordered*
*Sweet USDJ*
*5-20-08*

Re:  Luis A. Almonte v. Federal Express, *et al.*
     Index No.:  07-CIV-3794 (RMB) (DF)
     Our File No.:  724.16048

Dear Honorable Sir:

We represent the defendants in this matter. Please allow this to serve as a request for a 90 day extension of the May 28, 2008 discovery cut off. Plaintiff's deposition was conducted yesterday, and defendants' deposition will be scheduled in June. Defendants also will conduct medical examinations of plaintiff within 60 days of plaintiff's deposition and, thereafter, the parties will exchange expert reports.

As such, we request that the discovery deadline be extended to August 28, 2008, and that the time to file motions for summary judgment be extended to September 29, 2008. We further request that the Court adjourn the final pretrial conference scheduled for June 28, 2008, until after dispositive motions have been decided. Plaintiff's attorneys consent to this request for extension. There have been no previous requests for extensions of time.

Thank you for our attention to this matter. We look forward to hearing from the Court in due course.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08

Respectfully submitted,

ANTHONY W. ECKERT III, ESQ.

BY: _____
Anthony W. Eckert III (AWE -7949)

cc: Scott Wiss, Esq.
AWE/fr