UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LUIS A. ALMONTE,

                      Plaintiff,

    -against-

FEDERAL EXPRESS CORPORATION,
AUTOMOTIVE RENTALS, INC. and
"JOHN DOE" (the name being fictitious
and intended to designate the driver),

                    Defendants.
------------------------------------------------------------x

FILED ELECTRONICALLY

07 Civ. 3794 (RMB) (DF)

NOTICE OF APPEARANCE AND
REQUEST FOR ELECTRONIC
NOTIFICATION

    PLEASE TAKE NOTICE that plaintiff, LUIS A. ALMONTE, appears in the case captioned above by his counsel, SCOTT L. WISS, ESQ., of Kaston Aberle & Levine. The undersigned respectfully requests that notice of electronic filing of all papers in the within action be transmitted to him at the address given below.

Dated: Mineola, New York
         June 19, 2008

                                        KASTON ABERLE & LEVINE

                                        By: _____
                                              SCOTT L. WISS, ESQ.
                                              wissfamily@optonline.net

                                      259 Mineola Boulevard
                                      Mineola, New York 11501
                                      (516) 873-6400

                                      *Attorneys for Plaintiff, Luis A. Almonte*

TO:   ANTHONY W. ECKERT III, ESQ.
       *Attorneys for Defendants*
       555 Fifth Avenue, 15th Floor
       New York, New York 10017
       (212) 922-0450