UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LUIS A. ALMONTE     07 Civ. 3794 ( RWS )

                Plaintiff,

-against-     **STIPULATION AND
ORDER OF DISMISSAL**

FEDERAL EXPRESS CORPORATION, AUTOMOTIVE
RENTALS, INC. and "JOHN DOE" (the name being
fictitious and intended to designate the driver),

                Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-4-08

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
      June 26, 2008

KASTON, ABERLE & LEVINE

By: _____
    Scott L. Wiss (SLW-5236)
Attorneys for Plaintiff
259 Mineola Boulevard
Mineola, New York 11501
(516) 873-6400

ANTHONY W. ECKERT III, ESQ.

By: _____
    Anthony W. Eckert III (AWE-7949)
Attorney for Defendants
Federal Express Corporation, and Automotive Rentals, Inc.
555 Fifth Avenue, 15th Floor
New York, NY 10017
(212) 922-0450

So ordered
Robert X USDJ
5-25-08